UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLA HOYTE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 3:11CV927 (CSH) |
| v. | : | |
| | : | |
| RECHECK FUNDING LLC, | : | |
| JOHN DOE a/k/a PHIL HARRIS | : | |
| | : | |
| Defendants. | : | |

**DEFAULT JUDGMENT**

This action came on for consideration before the Honorable Charles S. Haight, Jr., Senior United States District Judge, as a result of plaintiff's Motion for Judgment. On August 24, 2011, default entered against the defendant, Recheck Funding LLC. On December 1, 2011, a Ruling entered ordering that final judgment enter for the plaintiff, Nicola Hoyte, against the defendant, Recheck Funding LLC, in the amount of $2,000.00 statutory damages plus $3,384.70 in fees and costs for a total of $5,384.70. On August 22, 2011, a Notice of Voluntary Dismissal was filed as to John Doe a/k/a Phil Harris.

Therefore, it is ORDERED and ADJUDGED that judgment enter for the plaintiff, Nicola Hoyte, against the defendant, Recheck Funding LLC, in the amount of $2,000.00 statutory damages plus $3,384.70 in fees and costs for a total of $5,384.70 and the case is closed.

Dated at New Haven, Connecticut this 2nd day of December 2011.

ROBIN D. TABORA, Clerk
By
/s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD:         12/2/2011