UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLA HOYTE ) | CIVIL ACTION |
|     Plaintiff ) | |
| ) | 3:11-CV-00927-CSH |
| v. ) | |
| ) | |
| ) | |
| RECHECK FUNDING, LLC and PHIL HARRIS ) | |
| Defendants ) | |
| ) | JANUARY 10, 2014 |

### JOINT REQUEST FOR CANCELLATION OF THE JANUARY 13, 2014 SHOW CAUSE HEARING

      Pursuant to the court's telephonic instructions to the office of Plaintiff's counsel on January 9, 2014, the Plaintiff, Nicola Hoyte and the Defendant, Recheck Funding, LLC, hereby submit this joint request for cancellation of the January 13, 2014 Show Cause hearing for the reason that Recheck has served complete responses to Plaintiff's May 22, 2012 Rule 69 Discovery Requests.  Furthermore, Plaintiff's claims with respect to defendant Phil Harris were voluntarily dismissed on August 22, 2011.  As such, the January 13, 2014 hearing is not necessary.

                              PLAINTIFF, NICOLA HOYTE,

                              By:  _/s/ Daniel S. Blinn____
                                  Daniel S. Blinn (ct02188)
                                  Consumer Law Group, LLC
                                  35 Cold Spring Rd. Suite 512
                                  Rocky Hill, CT  06067
                                  Tel. (860) 571-0408;
                                  Fax. (860) 571-7457
                                  dblinn@consumerlawgroup.com

DEFENDANT, RECHECK FUNDING

By: /s/ Phillip Harris_____
    Phillip Harris, Principal
    Recheck Funding, LLC
    1740 Hudson Bridge Road, Suite 1212
    Stockbridge, GA 30281
    Tel (678) 521-2306

## **CERTIFICATION**

I hereby certify that on this 10th day of January, 2014, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn